UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Docket no. 2:21-cv-00102-GZS |
| NATIONAL GENERAL INSURANCE COMPANY & INTEGON NATIONAL INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER FOLLOWING CONFERENCE**

On December 21, 2022, the Court held a conference of counsel to discuss next steps in this matter in light of various memoranda (ECF Nos. 50-52 & 59) received from the parties. Attorney David Kreisler appeared for Plaintiff. Attorney Thomas Marjerison appeared for Defendants. Assistant Attorneys General Thomas Sturtevant and Lisa Wilson appeared for the State Intervenors.

Based on the parties' recent filings and the representations of counsel at the conference, the Court hereby ORDERS that the following procedure be followed to resolve this matter:

On or before **January 5, 2023**, Plaintiff shall file a motion to dismiss Counts II & III. Unless the Motion indicates it is unopposed, the Court will consider any objections filed on or before **January 10, 2023**.

By **January 13, 2023**, the parties shall file a final Statement of Stipulated Facts. This Statement will include:

(1) the Joint Statement of Material Facts (ECF No. 17),

(2) the Intervenors Supplemental Statement of Material Facts (ECF No. 22),

(3) any additional stipulations related to the previously submitted Joint Stipulated Record (ECF No. 18), and

(4) any additional stipulated facts.

By **January 18, 2023**, counsel shall notify the Court if there is any need to further supplement the record in order for this matter to be submitted as cross-motions for judgment on a stipulated record. Any such notice shall:

(1) identify the proposed exhibits and/or witnesses,

(2) include a proffer of the facts to be established by the additional evidence, and

(3) if a hearing is requested, include a time estimate for any such hearing to submit the proposed supplemental evidence.[1]

Following this submission of the record, counsel have agreed to the following briefing schedule:

On or before **February 3, 2023**, Plaintiff, Defendants & State Intervenors shall each file a motion for judgment on the submitted record. Each motion shall not exceed twenty-five (25) pages.

On or before **February 24, 2023**, Plaintiff, Defendants & State Intervenors shall each file a response brief. Each response shall not exceed twenty-five (25) pages.

Because the parties have agreed to submit this matter for judgment on a stipulated record as outlined in this Order, the Court hereby GRANTS the Unopposed Motion to Continue Trial

---

[1] If any such notice is received, the Court will schedule any requested evidentiary hearing after the briefing is complete.

(ECF No. 56). This matter shall only be placed on a future trial list if the briefing process outlined in this Order does not result in the entry of a final judgment.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 21st day of December, 2022.